# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MILAGROS TORRES,

                      Plaintiff,            20 **CIVIL** 7716 (KPF) (OTW)

         -v-                      **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                   Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 25, 2021, that the Commissioner's decision is reversed with respect to the period May 1, 2015, through May 11, 2018, and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings regarding that period. On remand, that decision's finding that Plaintiff became disabled on May 12, 2018, and continued to be disabled through June 5, 2019 will remain undisturbed.

**Dated:** New York, New York
         May 26, 2021

                                                   **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                    **BY:**
                                                       **Deputy Clerk**